DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JENNIFER SUZANNE WATERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2388

_____

April 17, 2026

Appeal from the Circuit Court for DeSoto County; Guy A. Flowers, Judge.

Blair Allen, Public Defender, and Peter Lombardo, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, KHOUZAM, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.